Thomas D. Neeleman, WSBA #33980
Jennifer L. Neeleman, WSBA #37374
NEELEMAN LAW GROUP, P.C.
1403 8th Street
Marysville, WA 98270
Telephone: (425) 212-4800
Facsimile: (425) 212-4802
Email: jennifer@neelemanlaw.com

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| In re:<br><br>Macias Carpet & Flooring, Inc.<br><br>Debtor. | Case No.: 26-13569<br><br>DECLARATION OF VERONICA MACIAS |

I, Veronica Macias, declare under penalty of perjury the following:

1) I am the President of Macias Carpet & Flooring, Inc.
2) A cash flow statement and accurate balance sheet and profit and loss statement have not been prepared at this time for Macias Carpet & Flooring, Inc.

Dated this 10th day of November, 2026

_/s/ Veronica Macias
Veronica Macias
President
Macias Carpet & Flooring, Inc.



1403 8th Street
Marysville, WA 98270
P 425.212.4800 || F 425.212.4802
**Neeleman Law Group**